Submitted on record and briefs July 24, affirmed August 23, 1968

PEET, *Appellant, v.* ROSE CITY DODGE,
INC. ET AL, *Respondents.*

444 P. 2d 478

Murley M. Larimer, Assistant Attorney General, Salem, submitted a brief for appellant. With him on the brief were Robert Y. Thornton, Attorney General, E. Nordyke, Assistant Attorney General and Chief Counsel for Department of Employment Commissioner, and Clarence R. Kruger, Assistant Attorney General, Salem.

Dardano & Mowry, David W. Dardano, and Wm.

G. Whitney, Portland, submitted a brief for respondents Stupek and Eheler.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, GOODWIN, DENECKE and HOLMAN, Justices.

O'CONNELL, J.

This is an action brought by the Department of Employment Commissioner to recover taxes assessed against defendant Rose City Dodge, Inc., for unemployment insurance. A default judgment was entered against Rose City Dodge, Inc. Defendants Stupek and Eheler moved for an involuntary nonsuit which was granted and plaintiff appeals. Rose City Dodge, Inc. has not appealed.

Plaintiff's complaint alleges "The defendants Raymond Stupek and David J. Eheler have so manipulated and dominated said corporation as to render said corporation their alter ego for the purpose of defeating the claims of the plaintiff herein."

The only question on appeal is whether there was sufficient evidence supporting the foregoing allegation to present an issue of fact for the jury.

We agree with the trial court that there was insufficient evidence to permit the case to go to the jury.

Judgment affirmed.